[No. 38339-6-I.    Division One.    December 30, 1996.]

CHARLES E. LOOSVELDT, ET AL., *Appellants*, v. PAINE, HAMBLEN, COFFIN, BROOKE & MILLER, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 89-2-01036-1, Dennis D. Yule, J., entered September 9, 1993. *Affirmed* by unpublished opinion per Armstrong, J. Pro Tem., concurred in by Baker, C.J., and Ellington, J.

[No. 38454-6-I.    Division One.    December 30, 1996.]

MICHAEL PATRICK SWANSON, *Respondent*, v. SEATTLE MUNICIPAL COURT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-31762-6, Deborah D. Fleck, J., entered February 22, 1996. *Reversed* by unpublished opinion per Baker, C.J., concurred in by Kennedy and Becker, JJ.

[Nos. 13506-3-III; 14330-9-III.    Division Three.    December 31, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GLADYS K. TARNAVSKY, *Appellant*.

Appeals from judgments of the Superior Court for Benton County, Nos. 92-1-00521-6, 93-1-00319-0, Duane E. Taber and Craig Matheson, JJ., entered August 27, 1993 and September 16, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 14342-2-III.    Division Three.    December 31, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY JAMES THORNTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-01824-1, Marcus M. Kelly, J., entered August 31, 1994. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Munson and Thompson, JJ.